UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 09-239 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER CONFIRMING PRO SE STATUS AND ORDERING ACCESS TO LIBRARY** |
| BILLY RAY WILEY, | |
| Defendant. | |

**Charles J. Kovats, Jr.,** Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 600 United States Courthouse, 300 South Fourth Street Minneapolis, MN 55415, for plaintiff;

**Billy Ray Wiley** , Sherburne County Jail, 13880 Highway 10, Elk River, MN 55330, pro se defendant.

This matter is before the Court on notice from pro se defendant Billy Ray Wiley indicating that the Sherburne County Jail has not received notice of Wiley's pro se status and as a result has been denying him access to the prison library to prepare his defense. This Order is to clarify that Wiley **is** acting as his own lawyer and therefore must have complete access to the prison library resources to prepare his defense as a pro se litigant.

Based on defendant's request, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **DIRECTS** the Sherburne County Jail to provide Wiley with complete access to prison library resources as a pro se litigant until the completion of his trial, currently scheduled to commence on January 3, 2011. The Court is reviewing Wiley's other requests and will issue an order shortly.

DATED: December 8, 2010        ____s/ John R. Tunheim____
at Minneapolis, Minnesota.             JOHN R. TUNHEIM
                                               United States District Judge